IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01237-MSK-MEH

JESSICA WORD,

    Plaintiff,

v.

J. RICHARD STEADMAN, M.D.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 26, 2009.**

    For good cause shown, Plaintiff's Unopposed Motion to Modify and Amend the Scheduling Order [filed January 23, 2009; docket #16] is **granted**. The Scheduling Order [docket #13] is amended as follows:

    Plaintiff's expert designations due on or before **April 1, 2009**;
    Defendant's expert designations due on or before **May 1, 2009**;
    Both parties' rebuttal expert designations due on or before **May 20, 2009**;
    Discovery cutoff extended up to and including **June 8, 2009**; and
    Dispositive Motion deadline extended up to and including **July 8, 2009**.