IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01237-MSK-MEH

JESSICA WORD,

    Plaintiff,

v.

J. RICHARD STEADMAN, M.D.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 17, 2009.**

    In the interests of justice[1] and for good cause shown,[2] Plaintiff's Motion for Leave of Court to Amend Complaint[3] [filed March 12, 2009; docket #21] is **granted**. The Clerk of the Court is directed to accept for filing the Amended Complaint and Jury Demand found at docket #21-6. Plaintiff shall comply with the service requirements as set forth in Fed. R. Civ. P. 4 **on or before March 24, 2009**.

---

    [1]*See* Fed. R. Civ. 15(a).

    [2]Plaintiff's motion was filed outside the deadline for amendment of pleadings set forth in the Scheduling Order [docket #13 at 8]; however, here, the Court finds good cause to modify the Scheduling Order. *See Pumpco, Inc. v. Schenker Int'l, Inc.*, 204 F.R.D. 667, 668-69 (D. Colo. 2001) ("[t]he fact that a party first learns, through discovery or disclosures, information necessary for the assertion of a claim after the deadline to amend established in the scheduling order has expired constitutes good cause to extend that deadline").

    [3]Defendant takes no position on the motion. Docket #21 at 1.